1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MICHAEL J. HASSEN (Bar No. 124823)
2  CHRISTOPHER H. DOYLE (Bar No. 190016)
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California 94111-3824
   Telephone:   (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Defendant BMW FINANCIAL SERVICES, LLC

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO

| | |
|---|---|
| DEREK FRIEDRICHS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES LLC, a limited liability company, and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.   C 08-04486 PJH<br><br>**STIPULATION TO EXTEND DEADLINES AND CONFERENCE DATES; [~~PROPOSED~~] ORDER** |

19         IT IS HEREBY STIPULATED AND AGREED by the between the plaintiff,

20  DEREK FRIEDRICHS, by and through his attorney of record, and defendant BMW FINANCIAL

21  SERVICES LLC, by and through its attorneys of record, as follows:

22         WHEREAS, plaintiff and defendant are in the midst of settlement discussions and

23  believe that those discussions will prove fruitful;

24         WHEREAS, the Court has scheduled a Case Management Conference to be held in

25  this case on January 8, 2009, at 2:30 p.m., in Courtroom 3 of the above-captioned court;

26         WHEREAS, the parties desire to extend all statutory and court deadlines and

27  hearings in this matter by 30 days so that they may focus their efforts on settlement negotiations;

28  and

1         WHEREAS, no prejudice shall result from a continuance of the deadlines and Case

2 Management Conference dates.

3         The parties hereby respectfully request that the Court reschedule the January 8, 2009,

4 Case Management Conference for February 5, 2009, and continue all statutory and court deadlines

5 for a period of 30 days.

6

7 DATED: December 15, 2008         JEFFER, MANGELS, BUTLER & MARMARO LLP

8

9         By: _____/s/_____
        MICHAEL J. HASSEN
10         Attorneys for Defendant BMW FINANCIAL
        SERVICES, LLC

11 DATED: December 15, 2008         CHAVEZ & GERTLER LLP

12

13         By: _____
14         MARK A. CHAVEZ
        Attorneys for Plaintiff DEREK FRIEDRICHS

15

16 Dated: December 15, 2008

17

18     I certify that Michael J. Hassen has authorized me to sign this Stipulation on his behalf.

19

20         _____
        Mark A. Chavez

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DEADLINES

**ORDER**

Based on the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that all statutory and court deadlines in this matter are continued for 30 days; and

IT IS HEREBY FURTHER ORDERED that the case management conference set for January 8, 2009, is rescheduled for  February 5, 2009 at 2:30 p.m.

DATED:  12/17/08

Hon. Phyllis J. Hamilton
United States District Judge



STIPULATION TO EXTEND DEADLINES