UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEREK FRIEDRICHS,

    Plaintiff(s),                    No. C 08-4486 PJH

    v.                             **ORDER RE ADMINISTRATIVE MOTION**

BMW FINANCIAL SERVICES LLC,

    Defendant(s).

_____/

    The order referring the parties to their previously agreed upon private mediator is WITHDRAWN. Instead the parties are ordered to appear before Magistrate Judge Zimmerman for a mandatory settlement conference on August 4, 2009 at 9:00 a.m. or August 6, 2009, at 10:00. The parties are further ordered to immediately confer as to which of these dates is preferable and to notify Judge Zimmerman of their election no later than Wednesday July 29, 2009.

    **IT IS SO ORDERED.**

Dated: July 27, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge