UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DEREK FRIEDRICHS,<br><br>    Plaintiff(s),<br><br>    v.<br><br>BMW FINANCIAL SERVICES LLC,<br><br>    Defendant(s). | No.  C08-4486 PJH (BZ)<br><br>**ORDER SCHEDULING<br>SETTLEMENT CONFERENCE** |

    Judge Hamilton referred this matter to me for settlement purposes.

    You are hereby notified that a settlement conference is scheduled for **Thursday, August 6, 2009 at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

    I understand from Judge Hamilton that the parties reached a tentative settlement which is unraveling.  By **noon on August 4, 2009**, each side shall submit a settlement conference statement

1

of up to 6 pages which briefly outlines the underlying dispute, identifies those portions of the tentative settlement as to which there is no disagreement and those portions of the tentative settlement which are currently in dispute.  This statement shall be served on opposing counsel, but not filed.

Each side shall also submit a statement of up to 3 pages providing its candid assessment of why the settlement is unraveling.  This statement need **not** be served on opposing counsel or filed.

Lead trial counsel shall appear at the Settlement Conference with the parties.  Any party who is not a natural person shall be represented by the person or persons **not directly involved** in the events which gave rise to the litigation but with **full** authority to negotiate a settlement.  A person who needs to call another person not present before accepting, rejecting or making any settlement offer does not have full authority.  An insured party shall appear with a representative of the carrier with full authority to negotiate up to the limits of coverage.  The Court shall be notified immediately if the carrier declines to attend.  Personal attendance of a party representative will **not** be excused by the Court.

Each party shall bring to the conference in electronic format capable of being edited, a document containing the terms of its settlement proposal.

The parties shall notify Magistrate Judge Zimmerman's chambers immediately if this case settles prior to the date set for settlement conference.  Counsel shall provide a copy of this

1 | order to each party who will participate in the conference.
2 | Dated: June 28, 2009

_____
Bernard Zimmerman
United States Magistrate Judge