1
2              UNITED STATES DISTRICT COURT
3              NORTHERN DISTRICT OF CALIFORNIA
4
5   DEREK FRIEDRICHS,
6                                    No.   C08-4486 PJH (BZ)
                Plaintiff(s),
7
8
        v.                           **STIPULATION RE INJUNCTION**
9
10  BMW FINANCIAL SERVICES LLC,
11
                Defendant(s).
12

13       **IT IS HEREBY STIPULATED** by plaintiff Derek Friedrichs and
14  defendant BMW Financial Services LLC, through their respective
15  counsel, that the Injunction attached hereto shall be attached
16  as Exhibit 1 to the Settlement Agreement executed by the parties
17  and shall be entered by the Court in this matter.
18
    Dated: August 6, 2009      CHAVEZ & GERTLER LLP
19
                               KEMNITZER, ANDERSON, BARRON
20                             & OGILVIE, LLP
21                             By:
                                   Mark A. Chavez
22
                               Attorneys for Plaintiff
23                             **Derek Friedrichs** and the Proposed
                               Class
24
25  Dated: August 6, 2003      JEFFER, MANGELS, BUTLER
26                             & MARMARO LLP
                               By:
27                                 Michael J. Hassen
28                             Attorneys for Defendant **BMW
                               FINANCIAL SERVICES, LLC**

                          1

# EXHIBIT 1

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                                    )
                                      )
11   DEREK FRIEDRICHS,                )
                                      )
12                                    )        No.   C08-4486 PJH (BZ)
                                      )
13             Plaintiff(s),          )
                                      )
14                                    )
                                      )        **INJUNCTION**
15        v.                          )
                                      )
16   BMW FINANCIAL SERVICES LLC,      )
                                      )
17                                    )
               Defendant(s).          )
18   ─────────────────────────────────)

19        The Settlement Agreement entered into by the parties to

20   this case having been considered by this Court, and good cause

21   appearing therefore,

22        **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

23        BMW Financial Services NA, LLC ("BMW Financial Services")

24   shall and hereby is enjoined and restrained from taking any

25   further steps to collect any amounts purportedly owed by any

26   member of the Settlement Class arising out of a deficiency

27   following repossession.  BMW Financial Services shall

28   immediately cease and shall not resume any such collection

1

1 | efforts. However, this Injunction does not bar BMW Financial
2 | Services from filing suit for fraud or misrepresentation
3 | against any member of the Settlement Class arising out of
4 | inaccurate information provided by or on behalf of the class
5 | member in connection with the vehicle purchase and/or loan,
6 | and seeking fraud damages.

7 |     The parties waive any requirement of a bond or
8 | undertaking and none shall be required. No person who has
9 | notice of this Injunction shall fail to comply with it, nor
10 | shall any person subvert the Injunction by any sham,
11 | indirection or other artifice.
12 | Dated:

13 |

14 |                                 _____
                                      Phyllis J. Hamilton
15 |                            United States District Court Judge

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

g:\bzall\-refs\refs.09\Friedrichs.sc.wpd     2